

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00332-CV

IN RE MICHAEL ROBERT                                    RELATOR
VANWINKLE

-----------

ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MCCOY, GARDNER, and MEIER, JJ.

DELIVERED:  November 29, 2010

---

[1]*See* Tex. R. App. P. 47.4., 52.8(d).

[2]We make no determination regarding the trial court's failure to rule on Relator's "Declaration of Conflict Between Attorney and Client and Motion for Substitution of Appointed Counsel" because Relator has not specifically sought relief as to that motion.